IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02539-LTB

MARSHAUN STEWART,

    Applicant,

v.

CHRISTOPHER PEREZ, Supervisior [sic], Probation Service, and
GARRET, Probation Officer,

    Respondents.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 28, 2012, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 28 day of September, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/L. Gianelli
            Deputy Clerk